

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00545-CR

Santos Javier **LOPEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0276-CR
Roland Andrade, Judge Presiding

## O R D E R

On August 25, 2022, the trial court clerk filed a notification of late clerk's record. We ORDER the trial court clerk to file the clerk's record on or before **September 20, 2022**.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court